## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BRITTNI COTTLE-BANKS v. COX COMMUNICATIONS, INC., *et al.*
No. 10-CV-2133-GPC (WVG)

HON. WILLIAM V. GALLO     CT. DEPUTY J. YAHL     RPTR.

Attorneys

Plaintiffs                                                                Defendants

On May 6, 2013, this Court held a telephonic Status Conference with counsel for both parties. Plaintiff's counsel was ordered to contact the Court by telephone within one business day of a ruling issued by the Honorable Gonzalo P. Curiel on Plaintiff's Motion for Class Certification and Motion for Sanctions. (Doc. Nos. 48, 82.) On May 21, 2013, Judge Curiel issued an Order Denying Plaintiff's Motion for Class Certification and Denying Plaintiff's Motion for Spoliation Sanctions. (Doc. No. 85.)

On May 31, 2013, at 3:30 p.m., this Court will hold a telephonic Status Conference with counsel for both parties. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: May 28, 2013

Hon. William V. Gallo
U.S. Magistrate Judge